

SULLIVAN & WORCESTER



March 7, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/14

**BY FACSIMILE - (212) 805-6382**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    **Eyeo Gmbh d/b/a Adblock Plus v. John Does 1-5,
Civil Action No. 14-cv-1280 (VM)**

Dear Judge Marrero:

    We represent plaintiff Eyeo Gmbh d/b/a Adblock Plus ("Plaintiff") in the above-referenced trademark infringement action. We are writing, pursuant to Your Honor's Individual Rules of Practice, to request a pre-motion conference.

    Plaintiff seeks to move for leave to conduct limited discovery prior to the Fed. R. Civ. P. 26(f) Conference, for the sole purpose of learning the identity of the defendant infringers, the John Doe defendants. Defendants are conducting infringing activities through the Google Chrome App Store. If the motion is granted, Plaintiff will serve a subpoena upon Google for the sole purpose of discovering the identity of the John Doe defendants so Plaintiff may proceed with this action against them.

    Thus, Plaintiff respectfully requests a pre-motion conference or, in the alternative, that this Court "So Order" this letter granting leave for Plaintiff to conduct discovery prior to the Rule 26(f) conference, solely for purposes of determining the identity of the John Doe defendants, as set forth above.

                            Respectfully submitted,

                            Gerald D. Silver
                            Direct line: 212-660-3096
                            gerry.silver@sandw.com

GDS:mt

> Request GRANTED. Plaintiff is authorized to conduct limited third-party discovery prior to the Rule 26(f) conference herein for the purpose of identifying the John Doe defendants.
>
> SO ORDERED:
> 3-7-14
> DATE          VICTOR MARRERO, U.S.D.J.