UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────── x
EYEO GMBH d/b/a ADBLOCK PLUS,               :
                                            :
                       Plaintiff,           :   Case No. 14-cv-1280(VM)
                                            :
            -against-                       :   ECF CASE
                                            :
JOHN DOES 1 THROUGH 5,                      :
all whose true names are unknown,           :
                                            :
                       Defendants.          :
───────────────────────────────────────────── x

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Eyeo GmbH d/b/a Adblock Plus, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action, without prejudice.

Dated: New York, New York          SULLIVAN & WORCESTER LLP
       November 18, 2014
                                   By:/s/Gerry Silver
                                      Gerry Silver, Esq.
                                      Karen E. Abravanel, Esq.
                                      1633 Broadway
                                      New York, NY  10019
                                      (T) (212) 660-3000
                                      (F) (212) 660-3001
                                      gerry.silver@sandw.com
                                      kabravanel@sandw.com

                                      Kimberly B. Herman, Esq.
                                      SULLIVAN & WORCESTER LLP
                                      One Post Office Square
                                      Boston, MA 02109
                                      (T) (617) 338-2943
                                      (F) (617) 338-2880
                                      kherman@sandw.com

                                      *Attorneys for Plaintiff*